**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:20-cv-60060

ADRIANA BARBIERI, individually and on behalf
of a class of others similarly situated,

    Plaintiff,

v.

441 MOTORS, LLC.,

    Defendant.
_____/

**JOINT PROPOSED ORDER SETTING**
**PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD**

| Date | Deadline |
|---|---|
| 06-26-2020 | Joinder of parties and claims, and amendment of pleadings. |
| 01-08-2021 | Deadline to complete all discovery. |
| 01-15-2021 | Mediation must be completed. |
| 01-22-2021 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| 03-05-2021 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| 03-12-2021 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| 03-19-2021 | Final pretrial conference |
| 03-22-2021 | Commencement of two-week trial period. |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on _____, 2020.

                                                                                                                _____
                                                                                                                RODNEY SMITH
                                                                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record