**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60060-CIV-SMITH**

ADRIANA BARBIERI,

    Plaintiff,

v.

441 MOTORS, LLC,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on Plaintiff's Notice of Pending Settlement [DE 28], which indicates this case has settled. It is

    **ORDERED** that:

    1) the parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 no later than **August 27, 2020**.

    2) All pending motions not otherwise ruled on are **DENIED AS MOOT**.

    3) This case is **CLOSED**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of July 2020.

*/s/ Rodney Smith*
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**